**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 14 WM 2021

               Respondent          :

                  :

                 v.                :

                  :

CHARLES P. MCCULLOUGH,         :

               Petitioner           :

## ORDER

**PER CURIAM**

     **AND NOW**, this 5th day of April, 2021, the Application for Extraordinary Relief and the Motion for Stay and to Modify Sentence are **DENIED**.

     Justice Wecht did not participate in the consideration or decision of this matter.